```
IN THE UNITED STATES DISTRICT COURT FOR THE
           EASTERN DISTRICT OF OKLAHOMA

BOBBY COLEY,                        )
                                    )
            Plaintiff,              )
                                    )
                                    ) No. Civ-04-571-S
vs.                                 )
                                    )
JO ANNE B. BARNHART, Commissioner,  )
Social Security Administration,     )
                                    )
            Defendant.              )
```

## OPINION AND ORDER

On December 5, 2006, the United States Magistrate Judge for this District filed Findings and Recommendations in this case reversing the administrative decision and remanding it to the Administrative Law Judge (hereinafter "ALJ") for further administrative proceedings. No objection to the Findings and Recommendations were filed of record. Accordingly, the court deems them as confessed by defendant.

The court finds the proper standards were applied and the Findings of the Magistrate Judge should be **affirmed.**

Upon full consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate be affirmed and adopted by this Court as this Court's Findings and Order, and pursuant to the fourth sentence of 42 U.S.C. §405(g), this case is remanded to the defendant for further proceedings consistent with this order.

**Dated this 30th Day of January 2007.**

j4h4i0

Frank H. Seay
United States District Judge
Eastern District of Oklahoma